IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMANTHA BLACK**                                                                                          **PLAINTIFF**

V.                              CASE NO. 4:24-cv-00650 JM

**YELL COUNTY DETENTION CENTER**, *et al.*                                    **DEFENDANTS**

**ORDER**

Plaintiff Samantha Black's complaint (Doc. 2) is dismissed without prejudice because she failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 3); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 4th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE