**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SAMANTHA BLACK**                                                                                       **PLAINTIFF**

**V.**                                        **CASE NO. 4:24-cv-00650 JM**

**YELL COUNTY DETENTION CENTER,** *et al*.                                      **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 4th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE